U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 8 2008

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| J.P., a minor, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:07-CV-118-C |
| | ) ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The United States Magistrate Judge entered a Report and Recommendation on January 28, 2008. Plaintiff has filed objections to such Report and Recommendation. The Court has made a *de novo* review of the records. It is, therefore,

**ORDERED** that Plaintiff's Objections are overruled, that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and numbered cause is dismissed with prejudice.

Dated this 28th day of February, 2008.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE